UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONNIE KING, | ) |
| | ) |
| Plaintiff | ) |
| | ) Case 3:10-0454 |
| v. | ) Judge Campbell/Brown |
| | ) |
| C.B.C.X. ANNEX, et al., | ) |
| | ) |
| Defendants | ) |

### **O R D E R**

The Defendants, Tennessee Department of Corrections and Charles Bass Correctional Complex Annex, have filed a motion under Federal Rule of Civil Procedure 12(b)(6) to dismiss the complaint for failure to state a claim upon which relief can be granted (Docket Entry 20).

The Plaintiff is directed to respond to this motion on or before **August 26, 2010.**

The other Defendants in this matter have not, as of the date of this order, filed any pleadings other than a notice of appearance. If those Defendants file motions to dismiss, the Magistrate Judge will in all likelihood prepare a consolidated report and recommendation on the motions to dismiss. If those Defendants file answers, then the Magistrate Judge will enter a scheduling order for discovery dispositive motions and recommend a trial date.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge