UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONNIE KING, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case 3:10-0454 |
| v. ) | Judge Campbell/Brown |
| ) | |
| C.B.C.X. ANNEX, et al., ) | |
| ) | |
| Defendants ) | |

### O R D E R

The Plaintiff in this matter has filed a written request/inquiry for a set of summonses (Docket Entry 40). The Magistrate Judge cannot approve this request until the Plaintiff provides the names of the individuals whom he wishes to summons, and the reasons he needs to summons them. The Plaintiff must provide some details as to what he expects to secure through the issue of any summonses.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge