IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONNIE KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:10-cv-0454 |
| ) | |
| v. ) | Judge Campbell/Brown |
| ) | **Jury Demand** |
| ) | |
| C.B.C.X. Annex Dept. of Corrections, ) | |
| et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

Currently pending before the Magistrate Judge is Plaintiff's Motion to Voluntarily Dismiss with Prejudice. (Docket Entry 44). Plaintiff states that his claims against the Defendants have been resolved, and he no longer wishes to pursue this action. The Magistrate Judge **RECOMMENDS** Plaintiff's Motion be **GRANTED** and this action be **DISMISSED with prejudice**.

There are six additional motions pending in this action. (Docket Entries 20, 26, 32, 34, 39, 43). Because the undersigned believes this action should be dismissed, the pending motions are **MOOT**.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days from receipt of this Report and Recommendation within which to file with the District Court any written objections to the proposed findings and recommendations made herein. Any party opposing shall have fourteen (14) days from receipt of any objections filed regarding this

1

Report within which to file a response to said objections. Failure to file specific objections within fourteen (14) days of receipt of this Report and Recommendation may constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn*, 474 U.S. 140, *reh'g denied*, 474 U.S. 1111 (1986).

ENTERED this 13th day of October, 2010.

/S/ Joe B. Brown
Joe B. Brown
United States Magistrate Judge