```
         IN THE UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF TENNESSEE
                  NASHVILLE DIVISION
```

DONNIE KING,                    )
#112676                         )
     Plaintiff,                 )
                                )
     v.                         )   NO. 3:10-0454
                                )   Judge Campbell/Brown
CBCX ANNEX DEPARTMENT OF        )
CORRECTIONS, et al.             )


### ORDER TO PRODUCE

A hearing in this civil action is set for **10:00 a.m. on Tuesday, November 30, 2010.**

It is hereby **ORDERED** that the State of Tennessee and/or the Tennessee Department of Corrections and/or the Warden and/or the Sheriff of the institution (believed to be CBCX Annex, 7177 Cockrill Bend Blvd, Nashville, TN, at the date of entry of this Order) where plaintiff Donnie King is presently confined, produce and deliver plaintiff **Donnie King, No. 112676,** to this hearing no later than **9:45 a.m., on Tuesday, November 30, 2010,** to Courtroom No. 783, U.S. Courthouse, 801 Broadway, Nashville, before the Magistrate Judge. This Order to Produce shall be in effect for any subsequent days that the hearing may continue.

It is so **ORDERED**.

/S/ Joe B. Brown
_____
JOE B. BROWN
United States Magistrate Judge