IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


|  |  |  |
|---|---|---|
| DONNIE KING, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | Case No. 3:10-cv-0454 |
| v. | ) | Judge Campbell/Brown |
| | ) | |
| C.B.C.X. ANNEX DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**O R D E R**

After reviewing the docket in this case, it appears that Defendant Dr. Wayne Moore has

not entered an appearance.  A Summons was returned as executed against Defendant Moore on

July 3, 2010.  (Docket Entry 15).  The Summons was served on Defendant Moore at Meharry

General Hospital, 1105 D.B. Todd, Jr., Nashville, TN 37208, and an individual named H. Merritt

apparently accepted receipt.  The same H. Merritt signed the Summons executed on Defendant

Limbird on the same date.  (Docket Entry 13).  Defendant Moore is therefore **ORDERED** within

fourteen (14) days to show cause why  default  should not be entered against him.

It is so **ORDERED**.

Entered this 3rd day of December, 2010.


/S/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge

1