IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONNIE KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:10-cv-00454 |
| v. ) | Judge Campbell/Brown |
| ) | |
| C.B.C.X. ANNEX DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On December 3, 2010, the Magistrate Judge issued an Order requiring Defendant Moore to show cause why default should not be entered against him. (Docket Entry 63). Defendant Moore filed a response on December 16, 2010. (Docket Entry 74). The Magistrate Judge is sufficiently satisfied with Defendant Moore's excuse for the delay and therefore believes no default judgment should be entered against Defendant Moore. However, the Magistrate Judge believes Defendant Nashville General Hospital should provide appropriate instructions to its employees about accepting service of process on behalf of others.

If the Plaintiff, after having received various medical records and the affidavit of Defendant Limbird, does not believe that Defendant Moore is properly named in the matter he should consider filing a motion to dismiss Defendant Moore.

Entered this _17_ day of December, 2010.

JOE B. BROWN
United States Magistrate Judge

1