IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONNIE KING | ) |
| | ) |
| v. | ) NO. 3-10-0454 |
| | ) JUDGE CAMPBELL |
| CBCX ANNEX DEPARTMENT OF | ) |
| CORRECTIONS, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 64), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss filed by Defendants Tennessee Department of Corrections and the Charles Bass Correctional Complex Annex ("CBCX Annex") (Docket No. 20) and the Motion to Dismiss filed by Defendant Metropolitan Hospital Authority (Docket No. 32) are GRANTED, and all claims against these three Defendants are DISMISSED.

This action is referred to the Magistrate Judge for further management of the case, pursuant to the Court's prior Order (Docket No. 8).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE