IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DONNIE KING )
)
v. ) NO. 3-10-0454
) JUDGE CAMPBELL
CBCX ANNEX DEPARTMENT OF )
CORRECTIONS, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 89), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion for Summary Judgment filed by Defendant Thomas Limbird (Docket No. 26) is GRANTED, and all claims against Dr. Limbird are DISMISSED.

Plaintiff's claims against the remaining Defendant, Wayne Moore, are set for trial by contemporaneous Order.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE