```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

DONNIE KING,                    )
                                )
        Plaintiff       )
                                )      Case 3:10-0454
v.                              )      Judge Campbell/Brown
                                )
C.B.C.X. ANNEX, et al.,         )
                                )
        Defendants      )

## **O R D E R**

All pending dispositive motions in this matter have been resolved and the case is presently set for a jury trial on November 15, 2011, by Chief Judge Campbell (Docket Entry 92). The only remaining Defendant is Dr. Wayne Moore. From a review of the docket sheet it appears that discovery has been ongoing for some time and the Defendant has received a number of medical records from the Department of Corrections.

The following scheduling order is therefore entered: All discovery shall be completed by **May 20, 2011**. Any party wishing to use an expert shall designate such expert in accordance with Rule 26(a)(2) on or before **April 1, 2011**. Dispositive motions will be due on or before **June 17, 2011**. Responses thereto will be due **28 days** later, or before **July 15, 2011**, and replies, if any, limited to **five pages**, will be due **14 days** after the response.

The Plaintiff is cautioned that if dispositive motions, such as summary judgment, are filed he must respond to them in

accordance with the scheduling order or the relief requested may be granted.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge
